IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  2:09cv1126-ID |
| ) | (WO) |
| THOMAS CORAM, JR., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Currently before the Court is the Recommendation of the Magistrate Judge, (Doc. #10), and the Plaintiff's Objection to the Recommendation of the Magistrate Judge, (Doc. #11).  The Court has conducted a *de novo* review of those portions of the Recommendation to which the Plaintiff has objected.  After this review, it is CONSIDERED and ORDERED that:

1. The Plaintiff's Objection to the Recommendation of the Magistrate Judge, (Doc. #11), be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge, (Doc. #10), be and the same is hereby ADOPTED, APPROVED, and AFFIRMED; and

3. This case be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court will enter a separate final judgment.

DONE this the 31st day of March, 2011.

                                                    /s/ Ira DeMent  
                                                    SENIOR UNITED STATES DISTRICT JUDGE